# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF LUCIEN HARRY
MARIONEAUX, SR.

NO. 2021 CW 1597

**MARCH 28, 2022**

In Re:    Lucien H. Marioneaux, Jr., applying for supervisory writs, 1st Judicial District Court, Parish of Caddo, No. 594,235.

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide documentation that this writ application was timely filed under Rules 4-2 and 4-3, Uniform Rules of Louisiana Courts of Appeal, in accordance with the provisions of La. Code Civ. P. art. 1914(A) and (B). There is no evidence that a judgment was ordered by the trial court or that a written request for judgment was filed within 10 days of the ruling in open court so as to require a written judgment. Furthermore, the writ application is missing the notice of judgment which was mailed to relator along with the written judgment which could demonstrate that the notice of intent filed on November 16, 2021 is timely. Moreover, the writ application does not contain the pleading upon which this ruling is based, the motion to enforce and contempt, nor does it contain a copy of the opposition, in violation of Rules 4-5(C)(8) and (9), Uniform Rules of Louisiana Courts of Appeal. The application does not contain a copy of the court minutes, in violation of Rule 4-5(C)(10), Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the pertinent hearing transcript.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation including documentation to show the original writ application was timely, and any other documents listed above, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before **April 28, 2022** and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT